# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SAMANTHA LEE SALMON-SEITZER,

  Plaintiff,

v.               Case No. 25-CV-1830

BROWN COUNTY JAIL HSU,

  Defendant.

## REPORT AND RECOMMENDATION

  On November 19, 2025, Samantha Lee Salmon-Seitzer, who is incarcerated and representing herself, filed a civil rights complaint under 42 U.S.C. § 1983 alleging that the defendant violated her constitutional rights. (ECF No. 1.) She also moved to proceed without prepayment of the filing fee. (ECF No. 2.) On November 20, 2025, the court ordered Salmon-Seitzer to pay an initial partial filing fee of $45.30 by December 20, 2025. (ECF No. 9.) The court warned Salmon-Seitzer that if she does not pay the fee or explain why she cannot by the deadline, the court will dismiss this case based on her failure to pay the fee. (*Id.* at 3.)

  The December 20, 2025, deadline has passed and the court has not heard from Salmon-Seitzer. Because the defendant has not consented to magistrate judge jurisdiction, the court will reassign the case to a district judge and recommend that this case be dismissed without prejudice for failure to pay the initial partial filing fee.

**NOW, THEREFORE, IT IS RECOMMENDED** that Salmon-Seitzer's complaint (ECF No. 1) be **DISMISSED without prejudice**.

**IT IS FURTHER RECOMMENDED** that, pursuant to 28 U.S.C. §1915(b)(1), Salmon-Seitzer must pay the $350 statutory filing fee. Accordingly, the agency having custody of Salmon-Seitzer shall collect from her institution trust account the $350 statutory filing fee by collecting monthly payments from Salmon-Seitzer's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. §1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action. If Salmon-Seitzer is transferred to another institution, the transferring institution shall forward a copy of this Order along with Salmon-Seitzer's remaining balance to the receiving institution.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of entry of this recommendation. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal.

Dated at Milwaukee, Wisconsin this 12th day of January, 2026.

STEPHEN DRIES
United States Magistrate Judge

2

Case 2:25-cv-01830-BBC    Filed 01/12/26    Page 2 of 2    Document 7