UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SAMANTHA LEE SALMON-SEITZER,

        Plaintiff,

        v.                                              Case No. 25-CV-1830

BROWN COUNTY JAIL HSU,

        Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

On November 19, 2025, Plaintiff Samantha Lee Salmon-Seitzer, proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983. On January 12, 2026, Magistrate Judge Stephen C. Dries filed a Report and Recommendation, recommending that this action be dismissed without prejudice based on Plaintiff's failure to pay the filing fee. The Report and Recommendation advised that Plaintiff had 14 days from the date of the recommendation to file any objection. That deadline has passed and Plaintiff has not filed an objection to the Report and Recommendation. After careful consideration of the Report and Recommendation as well as the record as a whole, the Court adopts the Report and Recommendation and dismisses this case without prejudice based on Plaintiff's failure to pay the filing fee.

**IT IS THEREFORE ORDERED** that the Court **ADOPTS** Magistrate Judge Dries' Report and Recommendation (Dkt. No. 7).

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed without prepayment of the filing fee (Dkt. No. 2) is **DENIED** based on her failure to pay the initial partial filing fee.

**IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice** based on Plaintiff's failure to pay the filing fee.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff must pay the $350 statutory filing fee. Accordingly, the agency having custody of Plaintiff shall collect from her institution trust account the $350 statutory filing fee by collecting monthly payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action. If Plaintiff is transferred to another institution, the transferring institution shall forward a copy of this order along with Plaintiff's remaining balance to the receiving institution.

**IT IS FURTHER ORDERED** that copies of this order be sent to the officer in charge of the agency where Plaintiff is located.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

Dated at Green Bay, Wisconsin on February 2, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge