UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SAMANTHA LEE SALMON-SEITZER,

      Plaintiff,

    v.                                        Case No. 25-CV-1830

BROWN COUNTY JAIL HSU,

      Defendant.

## ORDER

On November 19, 2025, Plaintiff Samantha Lee Salmon-Seitzer, who is currently incarcerated at Taycheedah Correctional Institution, filed a complaint against Defendant Brown County Jail HSU, along with a motion for leave to proceed without prepayment of the filing fee. The case was initially assigned to Magistrate Judge Stephen C. Dries. On November 20, 2025, Plaintiff was ordered to pay an initial partial filing fee of $45.30 within 30 days. Dkt. No. 5. When the filing fee remained unpaid, Magistrate Judge Dries filed a Report and Recommendation on January 12, 2026, recommending that this action be dismissed without prejudice based on Plaintiff's failure to pay the filing fee. Dkt. No. 7. Because not all parties had the opportunity to consent to magistrate judge jurisdiction, *see* 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(b), the case was reassigned to this Court for consideration of the recommendation.

Plaintiff did not file an objection to the Report and Recommendation within fourteen days as ordered. Therefore, on February 2, 2026, the Court adopted the Report and Recommendation and dismissed the case without prejudice for failure to pay the filing fee. Dkt. No. 8. Judgment was entered the same day. Dkt. No. 9. On February 27, 2026, Plaintiff filed a motion to reopen

the case. Dkt. No. 13. Plaintiff explained that she did not pay the initial partial filing fee because she was transferred to Taycheedah Correctional Institution from the Brown County Jail and was not receiving funds. The Court denied Plaintiff's motion to reopen on March 2, 2026. Dkt. No. 14.

On March 13, 2026, Plaintiff filed a motion for reconsideration. Dkt. No. 15. Plaintiff states that she did not pay the initial partial filing fee because she was not receiving funds before being transferred to Taycheedah. Plaintiff arrived at Taycheedah on December 16, 2025, and she was in the hospital from December 26 to December 31, 2025, delivering her baby. Once she returned to Taycheedah, she was placed in the medical unit due to complications. Plaintiff hopes to be able to pay the initial partial filing fee in this case. *Id.* On March 20, 2026, the Court advised that it would take Plaintiff's motion under advisement and ordered Plaintiff to forward to the Clerk of Court the sum of $45.30 as an initial partial filing fee in this action by April 22, 2026. Dkt. No. 16. The Court explained that, if Plaintiff timely paid the initial partial filing fee, it would grant the motion for reconsideration and reopen the case. *Id.*

Plaintiff paid the initial partial filing fee on April 3, 2026. Therefore, Plaintiff's motion for reconsideration (Dkt. No. 15) is **GRANTED**. The dismissal order and judgment entered on February 2, 2026, are **VACATED**, and the case is reopened. Because this case was only assigned to this Court to consider the magistrate judge's Report and Recommendation, the clerk is directed to return the case to the magistrate judge for further proceedings.

**SO ORDERED** at Green Bay, Wisconsin on April 6, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge

2